# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

______________________________
(Full name under which convicted)
PETITIONER

2022-0628143
(Prisoner Number)

vs.

Sheriff Thomas Dart and Director Jane Gubser
(Warden, superintendent, or authorized person having custody of petioner)
RESPONDENT, and

**(Fill in the following blank <u>only</u> if judgment attacked imposes a sentence to commence in the future.)**

ATTORNEY GENERAL OF THE STATE OF
______________________________
(State where judgment entered)

Case Number: ______________________
(Supplied by Clerk of this Court)

Case Number of State Court Conviction:
2008 D 2844

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered:
   Circuit Court of Cook County, Domestic Relations Division, Calendar, 61,
   50 W. Washington, Courtroom 3004, Chicago, Illinois 60602

2. Date of judgment of conviction:
   February 9, 2021

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   Indirect Civil Contempt of Court

4. Sentence(s) imposed:
   Indetermine sentence directing Sheriff of Cook County to hold Petitioner until he complies with the 2011
   Judgement of Dissolution and Order Enforcing Judgment on 12/11/2020

5. What was your plea? (Check one) ☑ Not guilty ☐ Guilty ☐ Nolo contendere
   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details: ______

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one): ☐ Jury ☑ Judge only
2. Did you testify at trial? ☑ Yes ☐ No
3. Did you appeal from the conviction or the sentence imposed? ☑ Yes ☐ No
   (A) If you appealed, give the
   (1) Name of court: Illinois Appellate Court, First District
   (2) Result: In Re Marriage of Harnack 2025 IL App (1st) 240835
   (3) Date of ruling: June 24, 2025
   (4) Issues raised: Abuse of discretion in continued incarceration for civil contempt, Loss of coercive effect rendering sanction punitive; impossibility of performance; Lack of ability to purge; court lacked statutory authority due to expired body attachment orders; Violation of due process and failure to conduct mandatory contempt status hearings
   (B) If you did not appeal, explain briefly why not: ______
4. Did you appeal, or seek leave to appeal, to the highest state court? ☑ Yes ☐ No
   (A) If yes, give the
   (1) Result: Petition for Leave to Appeal Denied
   (2) Date of ruling: 12/31/2025
   (3) Issues raised: Abuse of discretion in continued incarceration for civil contempt; Loss of coercive effect rendering sanction punitive;Impossibility of performance; lack of present ability to purge, court lacked statutory authority due to expired body-attachment orders; Violation of due process and failure to conduct mandatory contempt status hearings
   (B) If you did not appeal, explain briefly why not: ______

5. Did you petition the United States Supreme Court for a writ of *certiorari*?
   ☐ Yes ☑ No

   If yes, give (A) date of petition: ________________

   (B) Date *certiorari* was denied: ________________

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?
   ☐ Yes ☑ No

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: N/A

   B. Date of filing: N/A

   C. Issues raised: The Petition is being held for indirect civil contempt. The Illinois Post-Conviction Relief Act does not provide relief for civil contempt matters and only applies to those who are being held in custody pursuant to a criminal conviction.

   D. Did you receive an evidentiary hearing on your petition? ☐ Yes ☐ No

   E. What was the court's ruling? n/A

   F. Date of court's ruling: N/A

   G. Did you appeal from the ruling on your petition? ☐ Yes ☐ No

   H. (a) If yes, (1) what was the result? n/A

   (2) date of decision: n/A

   (b) If no, explain briefly why not: ________________

I. Did you appeal, or seek leave to appeal this decision to the highest state court?

☐ Yes ☑ No

(a) If yes, (1) what was the result? ______________

(2) date of decision: ______________

(b) If no, explain briefly why not: The Petitioner is being held for Indirect Civil Contempt. The Illinois Post-Conviction Relief Act does not provide relief for civil contempt matters, and only applies to those who are being held pursuant to a criminal conviction.

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?

☑ Yes ☐ No

A. If yes, give the following information with respect to each proceeding (use additional sheets if necessary):

1. Nature of proceeding Petition for Supervisory Relief
2. Date petition filed February 28, 2023
3. Ruling on the petition Denied
4. Date of ruling March 27, 2023
5. If you appealed, what was the ruling on the appeal? n/a
6. Date of ruling on appeal n/a
7. If there was a further appeal, what was the ruling? n/a
8. Date of ruling on appeal n/a

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**? ☑ Yes ☐ No

   A. If yes, give name of court, case title and case number: Northern Federal District of Illinois, Fanady v. Dart, 1:23-cv-05806

   B. Did the court rule on your petition? If so, state

      (1) Ruling: Dismissed without prejudice

      (2) Date: May 5, 2025

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? ☐ Yes ☑ No
   If yes, explain: ______

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

   **BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

   (A) Ground one Being held in violation of the 5th and 14th Amendment Due Process Clause
   Supporting facts (tell your story briefly without citing cases or law):

   The court orders under which Petitioner are being held have expired and no unexpired orders exist for the incarceration of the Petitioner.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

See Additional Supporting Facts

(B) Ground two Being held in violation of 5th and 14th Amendment Due Process

Supporting facts:

It was a violation to seize and hold Petitioner after the "Order of Adjudication of Indirect Civil Contempt and/or Order of Commitment expired on February 9, 2022 without first holding a new evidentiary hearing and finding the Petitioner is in indirect civil contempt because he has not complied with the 2011 Judgment of Dissolution, has the ability to comply and incarceration with coerce compliancSe.

See Additional Supporting Facts

(C) Ground three Being in violation of 5tth and 14th Amendment Due Process

Supporting facts:

Clearly established Federal law as determined by the Supreme Court of the United States holds that when the nature and duration of an individual's confinement for civil contempt no longer bears a reasonable relationship to the purpose for which he is committed a substantial federal constitutional claim relating to denial of due process is present. Therefore, the state court must hold periodic evidentiary hearings regarding Petitioner's incarceration to determine whether it is coercive or whether it has become punitive. Evidentiary hearings must be held at reasonable intervals to satisfy due process.

See Additional Supporting Facts

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(D) Ground four Being held in violation of the 5th and 14th Amendment Due Process
Supporting facts:

Holding Petitioner in custody longer than six months (6) for indirect civil contempt without holding an evidentiary hearing and finding that the Petition has the ability to comply and the reason for non-compliance is recalcitrance is a violation of due process. Without such a funding the punitive effect of continued incarceration for civil contempt exceeds any petitional coercive effect.

See Additional Supporting Facts

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

☑ Yes ☐ No

3. If you answered **"NO"** to question (2), state briefly what grounds were not so presented and why not:

n/A

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing n/a

(B) At arraignment and plea n/a

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(C) At trial at the civil contempt hearing, petitioner was pro se

(D) At sentencing at the civil contempt hearing, petitioner was pro se

(E) On appeal Appellate Court, Petitioner pro se; Supreme Court by Laura Grochocki

(F) In any post-conviction proceeding n/A this is a civl case

(G) Other (state): ____________________

**PART V – FUTURE SENTENCE**

Do you have any future sentence to serve following the sentence imposed by this conviction?

☐ Yes ☑ No

Name and location of the court which imposed the sentence: ____________________

____________________

Date and length of sentence to be served in the future ____________________

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: February 27, 2026
(Date)

[signature]
Signature of attorney (if any)

**I declare under penalty of perjury that the foregoing is true and correct.**

[signature]
(Signature of petitioner)

20220628143
(I.D. Number)

2800 S. California
Chicago IL 60608
____________________
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]