# EXHIBIT C

Internal Revenue Service
United States Department of the Treasury
MEMPHIS, TN 37501-1498

Tracking ID: 109075209516
Date of Issue: 10-31-2025

003831.607335.226242.19772 1 SP 0.780 532

STEVE FANADY
411 WALNUT ST
GREEN CV SPGS, FL 32043-3443-112

03831

Tax Period: December, 2023

Information about the Request We Received

We've enclosed the transcript that you requested on October 31, 2025, for the tax period listed above.

To protect personally identifiable information for both Individuals and Businesses, transcripts only display partial personal information. For example, only the last four digits of the taxpayer's Social Security Number and last four digits of the business' Employer Identification Number are displayed. Full financial and tax information is displayed, such as wages, assets, and income.

An account transcript shows a summary of the tax return and subsequent actions taken. These actions could include filing an amended return and payments made.

If you have any questions, Individuals can call 800-829-1040 and Businesses can call 800-829-4933.

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-31-2025
Response Date: 10-31-2025
Tracking Number: 109075209516

## Account Transcript

Form Number:....................................................1040
Report for Tax Period Ending:...............................12-31-2023
Taxpayer Identification Number:.............................XXX-XX-3938

003831

STEV FANA
411 WA

--- Any minus sign shown below signifies a credit amount ---

Account balance:..............................................$0.00
Accrued interest:.........................$0.00.........As of: 11-04-2024
Accrued penalty:..........................$0.00.........As of: 11-04-2024
Account balance plus accruals (this is not a payoff amount):..................................................$0.00

** Information from the return or as adjusted **

Exemptions:.......................................................00
Filing status:................................................Single
Processing date:..........................................00-00-0000

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| | No tax return filed | | | |
| 460 | Extension of time to file tax return | | 04-13-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury
MEMPHIS, TN 37501-1498

Tracking ID: 109012060916
Date of Issue: 10-21-2025

005116.603401.209128.19355 1 SP 0.780 532

STEVE FANADY
411 WALNUT ST
GREEN CV SPGS, FL 32043-3443-112

005116

Tax Period: December, 2024

Information about the Request We Received

We've enclosed the transcript that you requested on October 21, 2025, for the tax period listed above.

To protect personally identifiable information for both Individuals and Businesses, transcripts only display partial personal information. For example, only the last four digits of the taxpayer's Social Security Number and last four digits of the business' Employer Identification Number are displayed. Full financial and tax information is displayed, such as wages, assets, and income.

An account transcript shows a summary of the tax return and subsequent actions taken. These actions could include filing an amended return and payments made.

If you have any questions, Individuals can call 800-829-1040 and Businesses can call 800-829-4933.

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-21-2025
Response Date: 10-21-2025
Tracking Number: 109012060916

## Account Transcript

Form Number:....................................................1040 Series
Report for Tax Period Ending:..................................12-31-2024
Taxpayer Identification Number:...............................XXX-XX-3938

005116

Requested data not found.

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury
MEMPHIS, TN 37501-1498

Tracking ID: 108921311658
Date of Issue: 10-06-2025

000358.597904.192166.18849 1 SP 0.740 532

STEVE FANADY
411 WALNUT ST
GREEN CV SPGS, FL 32043-3443-112

000358

Tax Period: December, 2022

Information about the Request We Received

We've enclosed the transcript that you requested on October 04, 2025, for the tax period listed above.

To protect personally identifiable information for both Individuals and Businesses, transcripts only display partial personal information. For example, only the last four digits of the taxpayer's Social Security Number and last four digits of the business' Employer Identification Number are displayed. Full financial and tax information is displayed, such as wages, assets, and income.

An account transcript shows a summary of the tax return and subsequent actions taken. These actions could include filing an amended return and payments made.

If you have any questions, Individuals can call 800-829-1040 and Businesses can call 800-829-4933.

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-06-2025
Response Date: 10-06-2025
Tracking Number: 108921311658

## Account Transcript

Form Number:.....................................................1040
Report for Tax Period Ending:..............................12-31-2022
Taxpayer Identification Number:...........................XXX-XX-3938

000358 STEV FANA
411 WA

--- Any minus sign shown below signifies a credit amount ---

Account balance:..............................................$1,543.06
Accrued interest:..........................$241.07.........As of: 10-20-2025
Accrued penalty:...........................$288.96.........As of: 10-20-2025
Account balance plus accruals (this is not a payoff amount):..........$2,073.09

** Information from the return or as adjusted **

Exemptions:.....................................................01
Filing status:..................................................Single
Adjusted gross income:.......................................$26,133.00
Taxable income:..............................................$13,183.00
Tax per return:...............................................$1,376.00
SE taxable income taxpayer:......................................$0.00
SE taxable income spouse:........................................$0.00
Total self employment tax:.......................................$0.00
Return due date or return received date (whichever is later):........10-14-2023
Processing date:.............................................11-20-2023

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed 16221-687-46448-3 | 20234205 | 11-20-2023 | $1,376.00 |
| 460 | Extension of time to file tax return | | 04-15-2023 | $0.00 |
| 170 | Penalty for not pre-paying tax 11-20-2033 | 20234405 | 11-20-2023 | $51.00 |
| 276 | Penalty for late payment of tax | 20234405 | 11-20-2023 | $55.04 |
| 196 | Interest charged for late payment | 20234405 | 11-20-2023 | $61.02 |
| 971 | Notice issued CP 0014 | | 11-20-2023 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 02-10-2025 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury
MEMPHIS, TN 37501-1498

Tracking ID: 108906397995
Date of Issue: 10-02-2025

002322.708942.61165.30803 1 SP 0.780 852

STEVE FANADY
411 WALNUT ST
GREEN CV SPGS, FL 32043-3443-112

002322

Tax Period: December, 2022

Information about the Request We Received

We've enclosed the transcript that you requested on October 02, 2025, for the tax period listed above.

To protect personally identifiable information for both Individuals and Businesses, transcripts only display partial personal information. For example, only the last four digits of the taxpayer's Social Security Number and last four digits of the business' Employer Identification Number are displayed. Full financial and tax information is displayed, such as wages, assets, and income.

A tax return transcript contains most of the information from the original return, along with information from the forms and schedules filed with the return. The transcript also contains corrections we made to the return if we discovered a math mistake.

If you have any questions, Individuals can call 800-829-1040 and Businesses can call 800-829-4933.

This page is intentionally left blank.

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-02-2025
Response Date: 10-02-2025
Tracking Number: 108906397995

## Form 1040 Tax Return Transcript

SSN provided:....................XXX-XX-3938
Report for Tax Period Ending:....................12-31-2022

002322

The following items reflect the amount as shown on the return, and the amount as adjusted, if applicable. They do not show subsequent activity on the account.

SSN:....................XXX-XX-3938
Spouse SSN:....................

STEV FANA
411 WA
Filing status:....................Single Taxpayer
Form number:....................1040
Cycle posted:....................20234205
Received date:....................10-14-2023
Payment:....................$0.00
Exemption number:....................01
Other dependent credit total eligible per computer:....................0
Other dependent credit total eligible verified:....................0
PTIN:....................XXX-XX-0752
Preparer EIN:....................XX-XXX9373

Income

Total wages:....................$0.00
Form W-2 wages:....................$0.00
Taxable interest income (Schedule B):....................$0.00
Tax-exempt interest:....................$0.00
Ordinary dividend income (Schedule B):....................$0.00
Qualified dividends:....................$0.00
Refunds of state/local taxes:....................$0.00
Alimony received:....................$0.00
Business income or loss (Schedule C):....................$0.00
Business income or loss (Schedule C) per computer:....................$0.00
Capital gain or loss (Schedule D):....................$0.00
Capital gains or loss (Schedule D) per computer:....................$0.00
Other gains or losses (Form 4797):....................$0.00
Total IRA distributions:....................$0.00
Taxable IRA distributions:....................$0.00
Total pensions and annuities:....................$0.00
Taxable pension/annuity amount:....................$0.00
Additional income:....................$26,133.00
Additional income per computer:....................$26,133.00
Refundable credits per computer:....................$0.00
Refundable education credit per computer:....................$0.00
Qualified business income deduction:....................$0.00
Rent/royalty/partnership/estate (Schedule E):....................$0.00
Rent/royalty/partnership/estate (Schedule E) per computer:....................$0.00
Rent/royalty income/loss per computer:....................$0.00
Estate/trust income/loss per computer:....................$0.00
Partnership/S-Corp income/loss per computer:....................$0.00
Farm income or loss (Schedule F):....................$0.00
Farm income or loss (Schedule F) per computer:....................$0.00
Unemployment compensation:....................$0.00

Tracking Number: 108906397995

Total Social Security benefits:....................$0.00
Taxable Social Security benefits:....................$0.00
Taxable Social Security benefits per computer:....................$0.00
Other income:....................$26,133.00
Schedule EIC Self-employment income per computer:....................$0.00
Schedule EIC earned income per computer:....................$0.00
Schedule EIC disqualified income per computer:....................$0.00
Excess advance child tax credit per computer:....................$0.00
Primary economic impact payment 2:....................$0.00
Secondary economic impact payment 2:....................$0.00
Primary advanced child tax credit payments:....................$0.00
Secondary advanced child tax credit payments:....................$0.00
Additional child tax credit earned income:....................$0.00
EIC prior year earned income:....................$0.00
Child tax credit prior year earned income:....................$0.00
Qualified business income deduction:....................$0.00
Form 8995 qualified business income deduction computer:....................$0.00
Form 8995 net capital gains computer:....................$0.00
Primary economic impact payment:....................$0.00
Secondary economic impact payment:....................$0.00
Scholarship/Fellowship grant:....................$0.00
Total income:....................$26,133.00
Total income per computer:....................$26,133.00

Adjustments to Income

Educator expenses:....................$0.00
Educator expenses per computer:....................$0.00
Reservist and other business expense:....................$0.00
Health Savings Account deduction:....................$0.00
Health Savings Account deduction per computer:....................$0.00
Moving expenses (Form 3903):....................$0.00
Self-employment tax deduction:....................$0.00
Self-employment tax deduction per computer:....................$0.00
Self-employment tax deduction verified:....................$0.00
Keogh/SEP contribution deduction:....................$0.00
Self-employment health insurance deduction:....................$0.00
Early withdrawal of savings penalty:....................$0.00
Alimony paid SSN:....................
Alimony paid:....................$0.00
Scholarship/Fellowship excluded:....................$0.00
IRA deduction:....................$0.00
IRA deduction per computer:....................$0.00
Student loan interest deduction:....................$0.00
Student loan interest deduction per computer:....................$0.00
Student loan interest deduction verified:....................$0.00
Tuition and fees deduction:....................$0.00
Tuition and fees deduction per computer:....................$0.00
Other adjustments:....................$0.00
Archer MSA deduction:....................$0.00
Archer MSA deduction per computer:....................$0.00
Total adjustments:....................$0.00
Total adjustments per computer:....................$0.00
Adjusted gross income:....................$26,133.00
Adjusted gross income per computer:....................$26,133.00

Tax and Credits

65 or over:....................No
Blind:....................No
Spouse 65 or over:....................No
Spouse blind:....................No
Standard deduction per computer:....................$12,950.00
Additional standard deduction per computer:....................$0.00
Tax table income per computer:....................$13,183.00
Exemption amount per computer:....................$0.00
Taxable income:....................$13,183.00
Taxable income per computer:....................$13,183.00
Total positive income per computer:....................$26,133.00
Tentative tax:....................$1,376.00

002322

Tracking Number: 108906397995

Tentative tax per computer:..............................$1,376.00
Form 8814 additional tax amount:..............................$0.00
Tax on income less Social Security income per computer:..............................$0.00
Form 6251 alternative minimum tax:..............................$0.00
Form 6251 alternative minimum tax per computer:..............................$0.00
Foreign tax credit:..............................$0.00
Foreign tax credit per computer:..............................$0.00
Foreign income exclusion per computer:..............................$0.00
Foreign income exclusion tax per computer:..............................$0.00
Excess advance premium tax credit repayment amount:..............................$0.00
Excess advance premium tax credit repayment verified amount:..............................$0.00
Child & dependent care credit:..............................$0.00
Child & dependent care credit per computer:..............................$0.00
Credit for elderly and disabled:..............................$0.00
Credit for elderly and disabled per computer:..............................$0.00
Education credit:..............................$0.00
Education credit per computer:..............................$0.00
Gross education credit per computer:..............................$0.00
Retirement savings contribution credit:..............................$0.00
Retirement savings contribution credit per computer:..............................$0.00
Total retirement savings contribution (Form 8880 computer):..............................$0.00
Residential energy credit:..............................$0.00
Child and other dependent credit:..............................$0.00
Child and other dependent credit per computer:..............................$0.00
Adoption credit (Form 8839):..............................$0.00
Adoption credit per computer:..............................$0.00
Form 8396 mortgage certificate credit:..............................$0.00
Form 8396 mortgage certificate credit per computer:..............................$0.00
Total other non-refundable credit:..............................$0.00
Form 3800 general business credits:..............................$0.00
Form 3800 general business credits per computer:..............................$0.00
Prior year minimum tax credit (Form 8801):..............................$0.00
Prior year minimum tax credit (Form 8801) per computer:..............................$0.00
Earlier year income repayment credit:..............................$0.00
Form 8936 electric motor vehicle credit amount:..............................$0.00
F8936 electric motor vehicle credit per computer:..............................$0.00
Form 8910 alternative motor vehicle credit amount:..............................$0.00
Form 8910 alternative motor vehicle credit per computer:..............................$0.00
Sick family leave credit:..............................$0.00
Non-itemized charitable contribution deduction:..............................$0.00
Non-itemized charitable contribution per computer:..............................$0.00
Refundable child care credit:..............................$0.00
Sick family leave credit after 3-31-21:..............................$0.00
Refundable child care credit verified:..............................$0.00
Recovery rebate credit:..............................$0.00
Recovery rebate credit per computer:..............................$0.00
Health coverage tax credit (Form 8885):..............................$0.00
Recovery rebate credit verified:..............................$0.00
Other credits:..............................$0.00
Total credits:..............................$0.00
Total credits per computer:..............................$0.00
Income tax after credits per computer:..............................$1,376.00

Other Taxes

Self employment tax:..............................$0.00
Self employment tax per computer:..............................$0.00
Social Security and Medicare tax on unreported tips:..............................$0.00
Social Security and Medicare tax on unreported tips per computer:..............................$0.00
Tax on qualified plans Form 5329 (PR):..............................$0.00
Tax on qualified plans Form 5329 per computer:..............................$0.00
Individual Retirement Account File (IRAF) tax per computer:..............................$0.00
Taxpayer tax figures (reduced by IRAF) per computer:..............................$1,376.00
Individual Master File (IMF) total tax (reduced by IRAF) per computer:..............................$1,376.00

Tracking Number: 108906397995

Total other taxes per computer:....................................$0.00
Unpaid Federal Insurance Contributions Act (FICA) on reported tips:....................................$0.00
Form 8959 additional Medicare tax:....................................$0.00
Form 8960 net investment income tax:....................................$0.00
Interest on deferred tax:....................................$0.00
Total other taxes:....................................$0.00
Recapture tax (Form 8611):....................................$0.00
Household employment taxes:....................................$0.00
Household employment taxes per computer:....................................$0.00
Interest due on installment:....................................$0.00
Schedule 8812 additional tax computer:....................................$0.00
Refundable child care computer:....................................$0.00
Health coverage recapture (Form 8885):....................................$0.00
Deferred tax Schedule H Self Employment:....................................$0.00
Max deferred tax per computer:....................................$0.00
Total additional taxes:....................................$0.00
Total assessment per computer:....................................$1,376.00
Total tax liability taxpayer figures:....................................$1,376.00
Total tax liability taxpayer figures per computer:....................................$1,376.00

Payments

Federal income tax withheld:....................................$0.00
Schedule 8812 additional tax:....................................$0.00
Estimated tax payments:....................................$0.00
Other payment credit:....................................$0.00
Refundable education credit:....................................$0.00
Refundable education credit per computer:....................................$0.00
Refundable education credit verified:....................................$0.00
Refundable credits:....................................$0.00
Earned income credit:....................................$0.00
Earned income credit per computer:....................................$0.00
Nontaxable combat pay:....................................$0.00
Excess Social Security & Railroad Retirement Tax Act (RRTA) tax withheld:....................................$0.00
Schedule 8812 additional child tax credit:....................................$0.00
Schedule 8812 additional child tax credit per computer:....................................$0.00
Schedule 8812 additional child tax credit verified:....................................$0.00
Amount paid with Form 4868:....................................$0.00
Form 2439 regulated investment company credit:....................................$0.00
Form 4136 credit for federal tax on fuels:....................................$0.00
Form 4136 credit for federal tax on fuels per computer:....................................$0.00
Section 965 tax installment:....................................$0.00
Section 965 tax liability:....................................$0.00
Premium tax credit amount:....................................$0.00
Premium tax credit verified amount:....................................$0.00
Primary NAP first time home buyer installment amount:....................................$0.00
Secondary NAP first time home buyer installment amount:....................................$0.00
First time homebuyer credit repayment amount:....................................$0.00
Form 5405 total homebuyers credit repayment per computer:....................................$0.00
Small employer health insurance per computer:....................................$0.00
Small employer health insurance per computer (2):....................................$0.00
Total other payments refundable:....................................$0.00
Total payments:....................................$0.00
Total payments per computer:....................................$0.00

Refund or Amount Owed

Amount you owe:....................................$1,427.00
Estimated tax credit applied to next year:....................................$0.00
Estimated tax penalty:....................................$51.00
Tax on income less state refund per computer:....................................$0.00
Balance due/overpayment using taxpayer figure per computer:....................................$1,427.00
Balance due/overpayment using computer figures:....................................$1,427.00
Form 8888 total refund per computer:....................................$0.00

Tracking Number: 108906397995

Third Party Designee

Third party designee ID number:........................................................
Authorization indicator:..............................................................No
Third party designee name:............................................................

Interest and Dividends

Gross Schedule B interest:..........................................................$0.00
Taxable interest income:............................................................$0.00
Excludable savings from bond interest:..............................................$0.00
Gross Schedule B dividends:.........................................................$0.00
Dividend income:....................................................................$0.00
Foreign accounts indicator:...........................................................Yes
Required to file Financial Crimes Enforcement Network
(FinCEN) Form 114:....................................................................Yes

002322

This Product Contains Sensitive Taxpayer Data

This page is left blank intentionally.

Internal Revenue Service
United States Department of the Treasury
MEMPHIS, TN 37501-1498

Tracking ID: 108921311245
Date of Issue: 10-06-2025

000357.597904.192166.18849 1 SP 0.740 532

STEVE FANADY
411 WALNUT ST
GREEN CV SPGS, FL 32043-3443-112

000357

Tax Period: December, 2023

Information about the Request We Received

We've enclosed the transcript that you requested on October 04, 2025, for the tax period listed above.

To protect personally identifiable information for both Individuals and Businesses, transcripts only display partial personal information. For example, only the last four digits of the taxpayer's Social Security Number and last four digits of the business' Employer Identification Number are displayed. Full financial and tax information is displayed, such as wages, assets, and income.

An account transcript shows a summary of the tax return and subsequent actions taken. These actions could include filing an amended return and payments made.

If you have any questions, Individuals can call 800-829-1040 and Businesses can call 800-829-4933.

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 10-06-2025
Response Date: 10-06-2025
Tracking Number: 108921311245

## Account Transcript

Form Number:..........................................................1040
Report for Tax Period Ending:.........................................12-31-2023
Taxpayer Identification Number:.......................................XXX-XX-3938

000357

STEV FANA
411 WA

--- Any minus sign shown below signifies a credit amount ---

Account balance:......................................................$0.00
Accrued interest:..............................$0.00.........As of: 11-04-2024
Accrued penalty:...............................$0.00.........As of: 11-04-2024
Account balance plus accruals (this is not a payoff amount):..........$0.00

** Information from the return or as adjusted **

Exemptions:...........................................................00
Filing status:........................................................Single
Processing date:......................................................00-00-0000

RETURN NOT PRESENT FOR THIS ACCOUNT

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| | No tax return filed | | | |
| 460 | Extension of time to file tax return | | 04-13-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Form **1040** Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning ______, 2023, ending ______ See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Steve | Fanady | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | | Apt. no. | Presidential Election Campaign |
|---|---|---|---|
| 411 Walnut St PO Box ~~3550~~ 3551 | | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code | |
| Green Cove Springs | FL | 32043-3443 | |
| Foreign country name | Foreign province/state/county | Foreign postal code | ☐ You ☐ Spouse |

**Filing Status** Check only one box.
☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)
If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

**Digital Assets** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** **Someone can claim:** ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** **You:** ☐ Were born before January 2, 1959 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | (4) Credit for other dependents |
|---|---|---|---|---|---|
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

**Standard Deduction for-**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under *Standard Deduction*, see instructions.

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | | | 1f | |
| g | Wages from Form 8919, line 6 | | | 1g | |
| h | Other earned income (see instructions) | | | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | | | |
| z | Add lines 1a through 1h | | | 1z | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | | 7 | |
| 8 | Additional income from Schedule 1, line 10 | | | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | | 9 | 0 |
| 10 | Adjustments to income from Schedule 1, line 26 | | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | | | 11 | 0 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | | 12 | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | 13 | |
| 14 | Add lines 12 and 13 | | | 14 | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | | 15 | 0 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

## Tax and Credits

| Line | Description | Box | Amount |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814 2 ☐ 4972 3 ☐ ______ | 16 | 0 |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 0 |
| 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | 0 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0 |

## Payments

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 25 | Federal income tax withheld from: | | | | |
| a | Form(s) W-2 | 25a | | | |
| b | Form(s) 1099 | 25b | | | |
| c | Other forms (see instructions) | 25c | | | |
| d | Add lines 25a through 25c | | | 25d | |
| 26 | 2023 estimated tax payments and amount applied from 2022 return | | | 26 | 1,400 |
| 27 | Earned income credit (EIC) NO | 27 | | | |
| 28 | Additional child tax credit from Schedule 8812 | 28 | | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| 30 | Reserved for future use | 30 | | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | | |
| 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | | 32 | 0 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 1,400 |

If you have a qualifying child, attach Sch. EIC.

## Refund

| Line | Description | Box | Amount |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 1,400 |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 1,400 |
| b | Routing number X X X X X X X X X  c Type: ☐ Checking ☐ Savings | | |
| d | Account number X X X X X X X X X X X X X X X X X | | |
| 36 | Amount of line 34 you want **applied to your 2024 estimated tax** | 36 | |

Direct deposit? See instructions.

## Amount You Owe

| Line | Description | Box | Amount |
|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 0 |
| 38 | Estimated tax penalty (see instructions) | 38 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS? See instructions ☐ **Yes.** Complete below. ☒ **No**

Designee's name | Phone no. | Personal identification number (PIN)

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| [signature] | 10-13-2024 | Retired | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no. | Email address | | |

Joint return? See instructions. Keep a copy for your records.

## Paid Preparer Use Only

| Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|
| Preparer's name | Phone no. | | |
| Firm's name | | | |
| Firm's address | Firm's EIN | | |



EEA

# Form 1040 U.S. Individual Income Tax Return 2024

Department of the Treasury Internal Revenue Service | OMB No. 1545-0074 | IRS Use Only Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning ________, 2024, ending ________ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Steve | Fanady | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | | | Apt. no. |
|---|---|---|---|
| 411 Walnut St PO Box ~~3550~~ 3551 | | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code | |
| Green Cove Springs | FL | 32043-3443 | |
| Foreign country name | Foreign province/state/county | Foreign postal code | |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** Check only one box.
- ☒ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: ________

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): ________

**Digital Assets** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ☐

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

Standard Deduction for— • Single or Married filing separately, $14,600 • Married filing jointly or Qualifying surviving spouse, $29,200 • Head of household, $21,900 • If you checked any box under Standard Deduction, see instructions.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions) | | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | |
| 2a | Tax-exempt interest | 2a | 2b b Taxable interest | |
| 3a | Qualified dividends | 3a | 3b b Ordinary dividends | |
| 4a | IRA distributions | 4a | 4b b Taxable amount | |
| 5a | Pensions and annuities | 5a | 5b b Taxable amount | |
| 6a | Social security benefits | 6a | 6b b Taxable amount | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | 7 | |
| 8 | Additional income from Schedule 1, line 10 | | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | 9 | 0 |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11 | 0 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | 12 | 14,600 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | |
| 14 | Add lines 12 and 13 | | 14 | 14,600 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | 15 | 0 |

Attach Sch. B if required.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**



EEA

Form 1040 (2024) Steve Fanady 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 Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ ________ | 16 | 0 |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 — 25a | | |
| | b | Form(s) 1099 — 25b | | |
| | c | Other forms (see instructions) — 25c | | |
| | d | Add lines 25a through 25c | 25d | |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) NO — 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 — 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 — 29 | | |
| | 30 | Reserved for future use — 30 | | |
| | 31 | Amount from Schedule 3, line 15 — 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 0 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 0 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 0 |
| Direct deposit? See instructions. | b | Routing number ________ **c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number ________ | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** — 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 0 |
| | 38 | Estimated tax penalty (see instructions) — 38 | | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS? See instructions ☐ **Yes.** Complete below. ☒ **No**

Designee's name | Phone no. | Personal identification number (PIN)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| [signature] | 10-10-2025 | Retired | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Joint return? See instructions. Keep a copy for your records.

Phone no. | Email address

**Paid Preparer Use Only**

| Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|
| Preparer's name | Phone no. | | |
| Firm's name | | | |
| Firm's address | | Firm's EIN | |