**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVE FANADY, | ) | |
| | ) | Case No. 26 CV 02290 |
| *Petitioner,* | ) | |
| | ) | |
| vs. | ) | JUDGE GEORGIA N. ALEXAKIS |
| | ) | |
| THOMAS DART, ET AL., | ) | |
| | ) | |
| *Respondents.* | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY**

Petitioner, Steve Fanady ("Petitioner" or "Fanady"), by and through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b), for a second extension of time, of thirty (30) days, within which to file his Reply in support of his Petition for a Writ of Habeas Corpus – person in state custody (the "Petition") (Dkt. 1), and in support thereof, states as follows:

1. Petitioner has been in the custody of the Cook County Department of Corrections ("CCDOC") for indirect civil contempt related to his state court divorce proceeding under Harnack v. Fanady, 08D2844, since June 28, 2022. (Dkt. 1 at 13).

2. On March 1, 2026, Petitioner filed his Petition in the instant lawsuit, requesting that the Court order: (i) his release from the custody of the CCDOC; (ii) declare that Petitioner has been deprived of his due process; (iii) order that Petitioner may not again be taken into custody for indirect civil contempt unless and until the trial court has conducted a new evidentiary hearing on the issue; (iv) provide interim relief to Petitioner, including placing him on GPS or electronic monitoring; and (v) any other relief the Court deems just and appropriate. (Dkt. 1 at 36).

3. On April 3, 2026, the Court reviewed Petitioner's Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and ordered Respondents to file their Answer to the Petition by May 4, 2026, with Petitioner's Reply due May 18, 2026. (Dkt. 14).

4. Respondents thereafter obtained two extensions of time to file their Answer, ultimately extending Respondents' deadline to file their Answer to July 24, 2026, and extending Petitioner's deadline to file his Reply to August 14, 2026. (Dkts. 18, 21, 23).

5. Respondents filed their Answer to the Petition, and Petitioner's Reply is presently due on August 14, 2026.

6. Petitioner's counsel, Laura Grochocki, is currently suffering from, and receiving treatment in an ICU for, a critical illness that has significantly impaired her ability to work and has prevented her from completing the Reply within the current deadline.

7. Given the serious nature of counsel's condition and the ongoing treatment she is undergoing, Petitioner requires additional time to allow undersigned counsel to adequately review the record, including Respondents' Answer and the extensive underlying state court proceedings, and to prepare a thorough and complete Reply on Petitioner's behalf.

8. This is Petitioner's second request for an extension of time to file his Reply.

9. Petitioner respectfully requests a thirty (30) day extension, up to and including October 28, 2026, within which to file his Reply.

10. Undersigned counsel has conferred with counsel for Respondents, Briana Leatherberry, regarding this request. Counsel for Respondents does not oppose the relief requested herein, and this Motion is unopposed.

11. This request is made in good faith, is not made for purposes of delay, and will not prejudice any party.

WHEREFORE, Petitioner respectfully requests that this Court grant the following relief:

1. An extension of time, up to and including October 28, 2026, for Petitioner to file his Reply in support of the Petition; and

2. Any other relief this Court deems necessary and just.

Respectfully submitted,

STEVE FANADY, Petitioner

*By: /s/ Jon Loevy*
Jon Loevy
Attorney for Petitioner