**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

| | | |
|---|---|---|
| **IN RE THE MARRIAGE OF:** | ) | |
| | ) | |
| PAMELA HARNACK, | ) | |
| | ) | |
| Petitioner, | ) | |
| and | ) | Case No. 2008D002844 |
| | ) | |
| STEVE FANADY | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter coming to be heard by Order of the Court, due notice having been given, and the Court being duly advised in the Premises,

The Court finds that:

1. Neither party requested a status date before the Court following the Mandate issued by the Appellate Court on January 5, 2026, in Case No. 1-24-0835;
2. A status hearing was conducted on July 21, 2026 and attorney Wendy Kaleta Gattone appeared on behalf of Petitioner, Pamela Harnack, and attorney Laura Grochocki appeared on behalf of Respondent, Steve Fanady,
3. Respondent Steve Fanady remains incarcerated in the Cook County Jail by Order of the Court and has not purged his indirect civil contempt;

Wherefore, it is hereby ordered that:

4. This matter is continued to the following dates for compliance hearings pursuant to Local Rule 13.8(a)(iv) to be conducted via Zoom, Meeting ID: 828 4953 7745 Passcode: 286646 Phone: (312) 626-6799:
   a. September 21, 2026 at 12:00 p.m.
   b. October 19, 2026 at12:45 p.m.
   c. November 16, 2026 at 12:45 p.m. and
   d. December 7, 2026 at 12:45 p.m.

5. The Sheriff of Cook County shall make the Respondent Steve Fanady (#20220628143) available via Zoom on the above dates and times. This Court shall provide a copy of this Order to Cook County Dept. of Corrections Director

Jane Gubser, who is requested to assure Mr. Fanady's appearance.

August 11, 2026

ENTER:

The Honorable Michael Forti

ENTERED
AUG 12 2026
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Attorney for Petitioner, Pamela Harnack

Wendy Kaleta Gattone (ARDC#6226119)
w.gattone@mcdillaw.com
McFadden & Dillon, P.C.
120 S. LaSalle Street, Suite 1920
Chicago, Illinois 60603
(312) 201-8300
Atty #26370

Attorney for Respondent, Steve Fanady

Laura Grochocki
lauraglaw@aol.com
200 East Illinois Street, Suite 3211
Chicago, IL 60611
(312) 620-0671
Atty #61809